# Court of Appeals
# of the State of Georgia

ATLANTA,  May 30, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0470. WRIGHT v. POSSUM CREEK PROPERTIES, L. P., et al.**

J. B. Wright appeals from an order of the Superior Court of Jackson County, which granted summary judgment in favor of Possum Creek Properties, L. P., et al., on his slander of title claim. The superior court held an evidentiary hearing on the appellees' summary judgment motion and entered an order concerning the same while Wright's appeal from a previous summary judgment order resolving Wright's trespass claims – an order entered in the same underlying action and based upon the same allegedly undisputed facts – was pending in this Court. See *Wright v. VIF/Valentine Farms Bldg. One, LLC*, 308 Ga. App. 436 (708 SE2d 41) (2011). In *Wright*, we reversed the grant of summary judgment as to Wright's trespass claims, finding that certain material issues of fact remained regarding whether the appellees knew or should have known "that they were conveying property that did not belong to them." Id. at 439-440 (1). Given that holding, we VACATE the superior court's grant of summary judgment in this case and REMAND with instruction that the superior court reconsider its ruling in the instant case in light of our opinion in *Wright*.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/30/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*